```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET PARTY INFORMATION FOR CASE A94-0036--CR (JWS)
                      "USA V GERALD FRANK PLUNK ET AL"
                        DEF 1.1 PLUNK, GERALD FRANK
         Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 03/23/94
            Closed: 11/26/96
No. of Defendants: 2
    MJ Case Number:
               AKA: FRANK  AKA EL FEO
   Location status: U.S. Custody
        Trial date: 07/24/96
        Terminated: YES
  Needs interpreter: NO
  Counsel of record: Phillip Paul Weidner
                    Weidner & Associates Inc
                    330 L Street, Suite 200
                    Anchorage, AK 99501
                    907-276-1200
                    FAX 907-278-6571
                    Serve: YES
                     Type: Retained
                     Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


Counts re: DEF 1.1 PLUNK, GERALD FRANK

Document        Count      Citation and Description                    Disposition
_____      _____      _____                    _____
                           No charges specified
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE A94-0036--CR (JWS)
                        "USA V GERALD FRANK PLUNK ET AL"
                             DEF 2.1 PIERSON, TIMOTHY

           Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 03/23/94
               Closed: 11/26/96
   No. of Defendants: 2
       MJ Case Number:
                  AKA: TIM; MR T
      Location status: U.S. Custody
           Trial date: 01/03/95
           Terminated: YES
    Needs interpreter: NO
     Counsel of record: Scott A. Sterling
                        Sterling & DeArmond PC
                        851 E. Westpoint Drive
                        Suite 201
                        Wasilla, AK 99654
                        907-376-8076
                        FAX 907-376-8078
                        Serve: YES
                         Type: CJA
                         Role: 2255 Motion


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Karen L. Loeffler
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: 2255 Motion


   Counts re: DEF 2.1 PIERSON, TIMOTHY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                         "USA V GERALD FRANK PLUNK ET AL"

                                 For all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
           Filed: 03/23/94
          Closed: 11/26/96
No. of Defendants: 2

| Document # | Filed | Docket text |
|---|---|---|
| 447 - 1 | 12/04/96 | DEF 1 Amended Notice of Appeal to 9CCA re: Dkt #429, 430, 432, 434, 435, 436, 438 & 439.  cc: cnsl, Judge, 9CCA.  96-30363. |
| 452 - 1 | 12/26/96 | deft-Plunk motion relief re perjury at IOS |
| 456 - 1 | 01/07/97 | PLF 1 opposition to deft-Plunk motion relief re perjury at IOS (452-1), including remand for evidentiary hearing & sentence modification. |
| 459 - 1 | 01/27/97 | [Re: DEF 1] JWS Minute Order denying motion relief re perjury at IOS (452-1). This order is not subject to reconsideration or other review in this court.  cc: USA, P. Weidner |
| NOTE - 1 | 02/06/97 | Notation: All future docketing will be in the automated system. |
| 460 - 1 | 02/18/97 | [Re: DEF 1] Reporter's Transcript - 14 Vols Reporter's Transcripts of Trial by Jury (2nd day, 3rd day, 4th day, 5th day, 6th day, 7th day, 8th day, 9th day, 10th day, 11th day, 12th day, 13th day, 14th day & 15th day).  Filed in brown folder behind file) |
| 461 - 1 | 02/18/97 | [Re: DEF 1] Reporter's Transcript - 1 Vol Imposition of Sentence. (In brown folder behind file) |
| 462 - 1 | 02/20/97 | [Re: DEF 1] Transcript re arraignment held on 3/25/94. |
| 463 - 1 | 02/20/97 | [Re: DEF 1] Transcript re oral argument on plt's motion to dismiss counts 2,10 & 12 & motion for judgment of acquittal held on 11/15/96. |
| 464 - 1 | 02/20/97 | [Re: DEF 1] Transcript Vol I re detention hearing held on 3/29/94. |
| 465 - 1 | 02/20/97 | [Re: DEF 1] Transcript Vol II re continued detention hearing held 3/30/94. |
| 466 - 1 | 02/28/97 | [Re: DEF 1] Cert cy 9CCA mandate GRANTING appellant's mtn for voluntary dismissal; appeal DISMISSED.  cc: cnsl, Judge Sedwick.  96-30349. |
| NOTE - 2 | 04/22/97 | Notation: Advised by David Weir at 9CCA that the case # for D-1's appeal is 96-30363. |
| NOTE - 3 | 05/16/97 | Notation: Entire record consisting of (20) Vols original clerk's files; (2) Vols sealed files; (1) brown folder w/exhibits; (31) Vols of transcripts re D1; and (12) Vols of transcripts re D2 forwarded to 9CCA. |
| 467 - 1 | 05/20/97 | [Re: DEF 1] Transcript (part) re FPTC held 7/23/96 |
| 468 - 1 | 06/12/97 | Fld cy 9CCA Certificate of Record.  cc: cnsl, 9CCA (orig).  96-30363. |
| 469 - 1 | 07/01/97 | [Re: DEF 1] Copy of Order from 9CCA  [Re: DEF 1] Copy of Order from 9CCA granting government's mtn for extension of time to file answring brief; due 08/11/97; optional reply brief due 14 days from svc of answering brief. 96-30363. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                        "USA V GERALD FRANK PLUNK ET AL"

                                 For all filing dates

Document #      Filed       Docket text

   470  -   1  07/07/97    [Re: DEF 1] Copy of Order from 9CCA   [Re: DEF 1] Copy of Order from 9CCA
                           denying as unnecessary government's mtn to file overlength answering
                           brief; 06/27/97 order from appellate commissioner grants requested
                           relief; appellant's request for oral argument referred for disposition
                           to the panel that considers the merits of the case. 96-30363.

   471  -   1  07/21/97    {SEALED} [Re: DEF 2] PLF 1 motion for reduction of sentence w/atch memo.

   471  -   2  07/21/97    {SEALED} [Re: DEF 2] PLF 1 motion (request) for hearing.

   472  -   1  07/22/97    {SEALED} DEF 2 joinder to [Re: DEF 2] PLF 1 motion (request) for
                           hearing. (471-2)

   473  -   1  07/28/97    {SEALED} DEF 2 non-opposition to [Re: DEF 2] PLF 1 motion for reduction
                           of sentence (471-1) & [Re: DEF 2] PLF 1 motion (request) for hearing
                           (471-2).

   474  -   1  08/06/97    [Re: DEF 2] JWS Minute Order granting motion (request) for hearing.
                           (471-2); hrg set for 9/8/97 at 11am. cc: AUSA, FPD, USM

   475  -   1  09/08/97    {SEALED} [Re: DEF 2] JWS Minute Order denying motion for reduction of
                           sentence (471-1). Hrg on motion (471-1) is VACATED. cc: USA, FPD, USM,
                           USPO.

   476  -   1  10/20/97    [Re: DEF 2] Fld cert cy 9CCA Mandate;  USDC AFFIRMED.  cc: cnsl, Judge
                           Sedwick.  95-30185.

   477  -   1  10/27/97    Return of subpoenas re: Stanley Peterson, Donna Estes, Elizabeth
                           Lopez-Martinez,Sebastian Fernandez, John Hutchinson, Mr. Diego Rivas,
                           Claudia marcela Tafur-Ruiz, Ray Fleming, Luz M. Curras, M. Brezuela,
                           Kevin Blackmore, Lita M. Beck, Lars Gunnar Rooth, Tim Robertson, Walter
                           Worth, Gary Worley, Kent Taylor, Marty Stevens, Gerald Spezielle,
                           Trooper I.J. Serrao, Rosa Ruales, Marisol Rodriguez, Anna Reyes,
                           Adelardo Oquendo, David Novo, aka Dee Dee, B. Mejia, Robert McAmis, H.A.
                           Lopez, W. LaPorte, George Hulbert, Kelly Hudson, Clair E. Hawley aka
                           Butch, Juan A. Gonzalez, Sylvia Garcia, Lance Gambis, Warren jeff
                           Funderburk, Kim Funderburk, Stuart Fox, Thomas P. Keller, Officer Scott
                           Foster, Joseph Serrao, Mr. Ruben Moscoso, Custodian of Records-Laughlin
                           and Ogle P.C., Lita Beck, Robert McAmis, Fred Hall, Tim Robertson,
                           Stanley Peterson, Howard A. Schmidt, Ray Fleming, Carlos Serato, Barry
                           Tendler, Kelly Hudson, Clair Hawley.

  NOTE  -   4  01/07/98    Notation: Partial transcript of final pretrial conference on 07/23/96
                           forwarded to 9CCA, Attn:  Steve Seferin.

   478  -   1  02/02/98    DEF 1 motion for order shortening time to provide exculpatory
                           information as to motive for bias concerning any sentence concessions
                           provided or promised or expected by Timothy Pierson w/att memo.

   479  -   1  02/02/98    DEF 1 motion on shortened time to supplement record concerning three
                           issues w/att aff and exhs (memo in support is attached to docket #478).

   480  -   1  02/02/98    DEF 1 Notice of filing related motions in the United States Court of
                           Appeals for the Ninth Circuit w/att exhs and certificate.

   481  -   1  02/03/98    [Re: DEF 1] JWS Order denying motion for order shortening time to
                           provide exculpatory information as to (478-1), motion on shortened time
                           to supplement record concerning (479-1); this court lacks jurisdiction
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
"USA V GERALD FRANK PLUNK ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | to act pending issuance of a mandate from the appellate court. cc: USA, P. Weidner. |
| 482 - | 1 | 03/06/98 | [Re: DEF 1] Copy of Order from 9CCA DENYING appellant's mtn to supplement record and/or for limited remand to USDC. |
| 483 - | 1 | 04/23/98 | {SEALED} [Re: DEF 2] PLF 1 motion [renewal] for reduction of sentence and request for hearing with att memo. |
| 484 - | 1 | 04/27/98 | {SEALED} [Re: DEF 2] JWS Order setting a hearing on the government's renewed mot for reduction of sentence for 6/17/98 at 8:00 a.m.. cc:USA, FPD, USM, PO |
| 485 - | 1 | 04/30/98 | {SEALED} PLF 1; DEF 2 Unopposed Motion to continue Rule 35 hearing to week of July 7, 1998. |
| 486 - | 1 | 05/04/98 | {SEALED} [Re: DEF 2] JWS Order granting unopposed motion to continue rule 35 hearing; reset for 7/10/98 at 8 AM. cc:USA, FPD, USM, PO |
| 487 - | 1 | 06/11/98 | USM Return on Def 2 executed 06/10/98 |
| 488 - | 1 | 07/06/98 | {SEALED} DEF 2 joinder to [Re: DEF 2] PLF 1 motion [renewal] for reduction of sentence and request for hearing (483-1) w/att exhs. |
| 489 - | 1 | 07/08/98 | {SEALED} DEF 2 Affidavit re: [Re: DEF 2] notice of joinder in PLF 1 motion [renewal] for reduction of sentence and request for hearing (483-1). |
| 490 - | 1 | 07/14/98 | {SEALED} [Re: DEF 2] JWS Court Minutes [ECR: Jennifer Gamble] re: hearing on mot for reduction of sentence held 7/10/98; granting mot [renewal] for reduction of sentence and request for hearing (483-1); 151 months imprisonment. |
| 491 - | 1 | 07/14/98 | {SEALED} [Re: DEF 2] JWS Amended Judgment; 151 months imprisonment; 5 years supervised release; $150.00 special assessment. cc:USA, FPD, USM, PO, Def w/cnsls cy; Carmen, Finance |
| 492 - | 1 | 08/24/98 | (RE: DEF 2) Application to proceed without prepayment of fees. |
| 493 - | 1 | 08/24/98 | DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody. |
| 494 - | 1 | 08/24/98 | DEF 2 motion for appointment of counsel w/att financial aff. |
| 495 - | 1 | 09/10/98 | [Re: DEF 2] JWS Minute Order that case is referred to MJ Roberts re:28:2255 pursuant to MJ Rule 4, 5 & 11. cc:USA w/cy of Petition, J. Pierson, MJ Roberts |
| 494 - | 2 | 09/11/98 | [Re: DEF 2] JDR Order granting motion for appointment of counsel (494-1). cc: USA, J. Pierson, FPD (CJA Clerk) |
| 496 - | 1 | 09/11/98 | [Re: DEF 2] JDR Order Directing Service & Response; Clk to deliver a cy of 2255 mot, dkt #494, w/cy of this ord on USA; cnsl for def to file any amended pet or notice of none due w/in 30 days; USA to file ans due w/in 40 days. cc: USA w/cy of 2255 mot, T. Pierson, FPD (CJA clerk) |
| 497 - | 1 | 10/19/98 | DEF 2 motion to extend time to respond to order at docket No. 496 w/att aff. |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
               "USA V GERALD FRANK PLUNK ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 498 - | 1 | 10/20/98 | [Re: DEF 2] CJA appointment of Scott Sterling for all proceedings from 10/19/98 to end. |
| 499 - | 1 | 10/23/98 | [Re: DEF 2] JDR Minute Order granting motion to extend time until COB 11/20/98 to respond to order at docket No. 496 (497-1). cc:cnsl, Judge Sedwick |
| 500 - | 1 | 11/02/98 | DEF 2 Attorney Appearance of Scott Sterling for habeas petition. |
| 501 - | 1 | 11/02/98 | DEF 2 motion for continuance to file amended petition for habeas relief w/att aff. |
| 502 - | 1 | 11/04/98 | [Re: DEF 2] JDR Minute Order, government has until 11/9/98 to file oppo, if any, to def request for ext of time to file amended petition. cc:USA, S. Sterling |
| 503 - | 1 | 11/05/98 | [Re: DEF 2] PLF 1 non-opposition to DEF 2 motion for continuance to file amended petition for habeas relief (501-1). |
| 504 - | 1 | 11/06/98 | [Re: DEF 2] JDR Minute Order granting motion for continuance (501-1). Any amended petition or notice of none due 1/12/99. cc: USA, S. Sterling |
| 505 - | 1 | 01/05/99 | DEF 2 Address Change Notice of Scott Sterling and notice of change of firm name. |
| 506 - | 1 | 01/07/99 | [Re: DEF 1] Cert cy 9CCA Mandate; USDC AFFIRMED. cc: cnsl, Judge Sedwick. 96-30363. [Re 9CCA Order fld in USDC 03/08/99 recalled - mandate issued prematurely.] |
| 507 - | 1 | 01/12/99 | DEF 2 Amended petition to correct sentence w/att memo aff and exhs. |
| 508 - | 1 | 03/08/99 | [Re: DEF 2] JDR Minute Order re: planning conf as to 28:2255 motion set for 3/12/99 at 9:30 a.m. cc: USA, S. Sterling, USM, USPO |
| 508A- | 1 | 03/08/99 | [Re: DEF 1] Copy of Order from 9CCA that mandate issued on 12/28/98 is recalled as having been issued prematurely. (447-1) cc: cnsl, Judge Sedwick. |
| 509 - | 1 | 03/12/99 | [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re: Planning Conf (hld 3/12/99); evident hrg set for 3/31/99 at 9:30 a.m.; Govt's response to def's mot to amend petition due 3/22/99; def's reply due 3/26/99. cc: USA, S. Sterling |
| 510 - | 1 | 03/15/99 | [Re: DEF 1] Copy of Amended Order from 9CCA amending order at 508A to reflect correct named appellant. (447-1) cc: cnsl, Judge Sedwick. |
| 511 - | 1 | 03/22/99 | [Re: DEF 2] PLF 1 opposition to DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody w/att exhs [exhibit 1 UNDERSEAL] (493-1). |
| 512 - | 1 | 03/25/99 | {SEALED} Petition & Affidavit for writ of H/C Ad Testificandum so that John T. Pierson may be delivered from Mat-Su Pretrial Facility for appearance at evidentiary hearing on 3/31/99. |
| 513 - | 1 | 03/29/99 | {SEALED} [Re: DEF 2] JDR Order grant ex parte petition for issuance of writ of H/C ad testificandum of John Pierson. cc: S. Sterling, USM |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                       "USA V GERALD FRANK PLUNK ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 514 - | 1 | 04/01/99 | {SEALED} [Re: DEF 2] JDR Court Minutes [ECR: Jennifer Gamble/Linda Christensen]of evidentiary hearing held 3/31/99; oral mot to seal courtroom granted; court to set a show cause hearing re: Marcus Paine's absence after service of summons; cnsl to file supp briefs w/appropriate transcripts attached; cnsl to stip to portions of trial testimony, mark testimony as an exhibit and submit to court by close of business 4/5/99 w/att witness and exhibit list and phone message. cc:USA, S. Sterling |
| 515 - | 1 | 04/02/99 | [Re: DEF 2] JDR Minute Order re Scott Sterling to file a cy of executed subpoena for witness Marcus Paine for the evident hrg hld 3/31/99. cc: USA, S. Sterling |
| 516 - | 1 | 04/05/99 | {SEALED} USM Return of writ of H/C AD Testificandum executed on 3/31/99 as to John T.Pierson. |
| 517 - | 1 | 04/05/99 | PLF 1; DEF 2 Joint Motion for a two week extension to file transcripts. |
| 517 - | 2 | 04/06/99 | [Re: DEF 2] JDR Order grant joint motion to enlarge time for 2 weeks to file transcripts. cc: USA, S. Sterling |
| NOTE - | 5 | 04/08/99 | Notation: Entire record consisting of (20) Vols original clerk's files; (2) Vols sealed files; (1) brown folder w/exhibits; (32) Vols of transcripts re D1; and (12) Vols of transcripts re D2 received from 9CCA. |
| 518 - | 1 | 04/08/99 | {SEALED} [Re: DEF 2] Transcript re: Evidentiary hearing re: 28:2255. |
| 519 - | 1 | 04/09/99 | [Re: DEF 2] Transcript re: ARR held 4/28/94. |
| 520 - | 1 | 04/09/99 | [Re: DEF 2] PLF 1 Notice of filing transcript as exh 1 to its oppo re: DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody (493-1) w/att transcript. |
| 521 - | 1 | 04/29/99 | Initial R&R re: DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody (493-1). Recommended conditionally granted. Objections due NOON 05/11/99. Reply due NOON 05/18/99. cc: USA, S. Sterling, Judge Sedwick |
| 522 - | 1 | 04/30/99 | {SEALED} [Re: DEF 2] Transcript re: hrg on D-2 renewed mot for reduction of sentence. |
| 523 - | 1 | 05/07/99 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (447-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Sedwick. |
| 524 - | 1 | 05/11/99 | [Re: DEF 2] PLF 1 objection to R&R re: DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody (493-1). |
| 525 - | 1 | 05/19/99 | DEF 2 reply to objection to R&R re: DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody. (493-1) |
| 526 - | 1 | 05/19/99 | DEF 2 Notice of filing re: executed subpoena of Marcus Paine w/exh. |
| 527 - | 1 | 05/26/99 | Final R&R re: DEF 2 motion under 28:2255 to vacate, set aside, or correct sentence by a person in Federal Custody. (493-1) MJ declines to modify recommendation. cc: USA, S. Sterling, Judge Sedwick |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                              "USA V GERALD FRANK PLUNK ET AL"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 528 - 1 | 06/01/99 | [Re: DEF 2] PLF 1 Clarification to the final R&R re: mot to vacate [2255]. |
| 529 - 1 | 06/11/99 | [Re: DEF 2] JWS Order denying motion under 28:2255 to vacate, set aside, or correct sentence by a person in (493-1). cc: USA, S. Sterling, MJ Roberts, A98-290 CV (JWS) |
| 530 - 1 | 06/14/99 | [Re: DEF 2] JWS judgment in civil case A98-0290 CV DEF's denying application for post-conviction relief per 28 USC 2255. |
| 531 - 1 | 06/17/99 | DEF 2 appeal to 9CCA of (530-1) filed 06/14/99. cc: cnsl, Judge Sedwick, 9CCA. |
| 532 - 1 | 06/17/99 | DEF 2 application for certificate of appealability re: (531-1). |
| NOTE - 6 | 07/13/99 | Transmittal: Forwarded notice of appeal (531-1) to 9CCA. |
| 533 - 1 | 07/13/99 | [Re: DEF 2] Minute Order granting application fr certificate of appealability. (531-1) cc: cnsl, 9CCA. |
| 534 - 1 | 11/01/99 | {SEALED} [Re: DEF 2] JWS Minute Order that a sealed status conf is set 10:00 a.m., 11/5/99. cc: USA, S. Sterling, USM, PO |
| 535 - 1 | 11/08/99 | {SEALED} [Re: DEF 2] JWS Judgment (Second Amended). Correction of recommendation to the BOP. cc: USA, S. Sterling, USM, USPO, J. Pierson w/cnsls cy, MJ Roberts |
| 536 - 1 | 11/08/99 | {SEALED} [Re: DEF 2] JWS Court Minutes [ECR: Pam Richter] of sealed status conf (held 11/5/99); crt to amend judgment to recommend def be placed at FDC Seatac work cadre program; crt to remove previous recommendation that def be placed in WIT SEC program. cc: USA, S. Sterling, PO, USM |
| 537 - 1 | 11/09/99 | [Re: DEF 2] PLF 1 motion for order to unseal transcript. |
| 537 - 2 | 11/09/99 | [Re: DEF 2] PLF 1 motion on shortened time for order to unseal transcript. |
| 537 - 3 | 11/10/99 | [Re: DEF 2] JWS Order granting motion for order to unseal transcript (537-1), motion on shortened time for order to unseal transcript (537-2). cc: USA, Sterling, ECR, Intake, Appeal Clerk |
| 538 - 1 | 03/27/00 | DEF 1 motion for extension of time until 12/20/00 to file 28:2255 motion w/att memo. |
| 539 - 1 | 04/05/00 | DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 w/att exhs |
| 540 - 1 | 04/20/00 | DEF 1 Notice to court of filing duplicate original 28:2255 motion. |
| 541 - 1 | 04/21/00 | [Re: DEF 1] JWS Minute Order denying motion for extension of time until 12/20/00 to file 28:2255 motion (538-1). cc: USA, P. Weidner |
| 542 - 1 | 04/25/00 | [Re: DEF 1] JWS Order that mot for ext of time until 12/20/00 (538-1) is denied as moot; USA to file answer/responsive pleading to def's 28:2255 mot (539) w/in 60 days of service of the mot; case referred to MJ Roberts pursuant to MJ Rules 4/5/11. cc: USA, P. Weidner, MJ Roberts |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                        "USA V GERALD FRANK PLUNK ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 543 - | 1 | 05/16/00 | USM Return of service re: recording of release of lis pendens on 5/10/00. |
| 544 - | 1 | 05/19/00 | [Re: DEF 1] PLF 1 motion to address the defendant's representation due to a potential conflict and to continue the govt's time to respond until 6/30/00. |
| 544 - | 2 | 05/19/00 | [Re: DEF 1] PLF 1 motion on shortened time re: motion to address defendant's representation due to a potential conflict of interest & continuance of time to respond. |
| 545 - | 1 | 05/22/00 | [Re: DEF 1] JDR Order granting motion on shortened time re: motion to address defendant's representation (544-2); Hrg on def's status of cnsl set for 5/30/00 at 9:30 a.m. cc: USA, P. Weidner, USM, USPO |
| 546 - | 1 | 05/25/00 | [Re: DEF 1] PLF 1 motion to clarify ruling on government's time to respond. |
| 546 - | 2 | 05/25/00 | [Re: DEF 1] PLF 1 motion on shortened time re: motion to clarify ruling on government's time to respond. |
| 547 - | 1 | 05/26/00 | DEF 1 Response to Order re: motion on shortened time to address def's representation due to potential conflict of interest (dkt #544). |
| 548 - | 1 | 05/26/00 | [Re: DEF 1] JDR Minute Order granting motion on shortened time re: motion to clarify ruling on government's time to (546-2); govt's request for ext of tmie to file a response to the 28:2255 mot shall be heard at hrg set 5/30/00.  cc: USA, P. Weidner |
| 549 - | 1 | 05/30/00 | [Re: DEF 1] JDR Court Minutes [ECR: Roy Van Hollebeke] Hrg on def's status of cnsl including the issue of potential conflict of interest & govt's request for additional time to respond (held 5/30/00); denying motion to address the defendant's representation due to a potential conflict of interest (544-1); granting motion to clarify ruling on government's time to respond (546-1); deadlines set re def to address issues as directed due 7/28/00; govct's response & prelim mots due 9/11/00; def's response to pltf's motions due 10/26/00; pltf's reply due 11/10/00. cc: USA, P. Weidner, USM, USPO |
| NOTE - | 7 | 07/13/00 | Transmittal: Forwarded D.C. record to 9CCA consisting of 22 Vols original clerk's file; 3 Vols sealed files; brown expanding folder w/D-1's trial exhibits LLL, MMM, NNN; 38 Vols of transcripts. |
| 550 - | 1 | 07/21/00 | PLF 1; DEF 1 Non-opposed Motion for order granting extension of time from 07/28/00 to 08/27/00 to file supplemental pleading. |
| 550 - | 2 | 07/21/00 | PLF 1; DEF 1 motion on shortened time re: 550-1. |
| 551 - | 1 | 07/24/00 | [Re: DEF 1] JDR Order grant motion for order on shortened time for ext of time until 8/27/00 to file supp pleading, further delineating &/or clarifying pending 2255 petition (550-1). cc: USA, P. Weidner |
| 552 - | 1 | 07/28/00 | [Re: DEF 1] PLF 1 motion to clarify extended briefing schedule. |
| 553 - | 1 | 08/02/00 | [Re: DEF 1] JDR Minute Order re govt's motion for clarification (552-1) deemed a Motion fot Ext of Additional Dedalines as follows (1) extend pltf's time to respond & file prelim motions for an add 30 days, namely |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                           "USA V GERALD FRANK PLUNK ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | to 10/10/00; (2) extend def's time to respond to 11/26/00; & (3) extend the govt's reply to 12/10/00. Accordingly, cnsl for def to file oppo, if any, by COB 8/11/00 to the Motion for Ext. If no object's fld, crt will approve extensions of time as proposed by the govt. cc: USA, P. Weidner |
| 554 - 1 | 08/11/00 | DEF 1 non-opposition to [Re: DEF 1] PLF 1 motion to clarify extended briefing schedule (552-1). |
| 555 - 1 | 08/15/00 | [Re: DEF 1] JDR Minute Order granting motion to clarify extended briefing schedule (552-1). Govt's time to respond & file prelim motions for an additional 30 days, namely to 10/10/00; def's response due 11/26/00; govt's reply due 12/10/00. cc: USA, P. Weidner |
| 556 - 1 | 08/28/00 | DEF 1 Statement of further clarification re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1) w/att exhs. |
| 557 - 1 | 09/26/00 | DEF 1 Notice of additional authority re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1). |
| 558 - 1 | 10/10/00 | [Re: DEF 1] PLF 1 response (opposition) to DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1) w/att exhs. |
| 558 - 2 | 10/10/00 | [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default w/att exhs. |
| 559 - 1 | 10/23/00 | [Re: DEF 2] 9CCA Judgment/Final Order re: notice of appeal (531-1) that the district court's decision is AFFIRMED. cc: cnsl, Judge Sedwick |
| 560 - 1 | 11/08/00 | DEF 1 motion for extension of time in which to reply to the government's response to 28:2255 petition and govt's request for dismissal w/att aff. |
| 561 - 1 | 11/09/00 | [Re: DEF 1] JDR Order granting motion for extension of time in which to reply to the government's response (560-1); reply due 12/28/00. cc: USA, P. Weidner |
| NOTE - 8 | 12/12/00 | Notation (re: Appeal): Entire record consisting of (22) Vols original clerk's file; (3) Vols sealed files; brown expanding folder w/D-1's trial exhibits LLL, MMM, NNN; (38) Vols of transcripts received from 9CCA. |
| 562 - 1 | 12/13/00 | [Re: DEF 1] PLF 1 Supplemental authority in support of response re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1). |
| 563 - 1 | 12/28/00 | DEF 1 Nonopposed Motion for ext of time for 2 weeks to reply to govt response to 2255 petion w/att aff. |
| 564 - 1 | 12/29/00 | [Re: DEF 1] JDR Order grant def's unopposed mot for ext of time until 1/16/01 to file reply to govt's response to 2255 petition & the govt's request for dsmssl. cc: USA, P. Weidner |
| 565 - 1 | 01/12/01 | DEF 1 motion for extension of time in which to file reply to government's response to 2255 petition and request for dismissal w/att cnsl. |
| 565 - 2 | 01/16/01 | [Re: DEF 1] JDR Order granting motion for extension of time until 1/23/01 in which to file reply to government's response to §2255 petition (565-1). cc: USA, P. Weidner |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                          "USA V GERALD FRANK PLUNK ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 566 - | 1 | 01/23/01 | DEF 1 Non-opposed Motion for further extension of time until 2/6/01 in which to file reply to gov't respond to 2255 petition and request for dismissal. |
| 567 - | 1 | 01/25/01 | [Re: DEF 1] JDR Order grant unopposed motion for ext of time until 2/6/01 for def to file reply to govt's response to 2255 petition & gov's request for dsmssl. cc; USA, P. Weidner |
| 568 - | 1 | 02/02/01 | DEF 1 Unopposed Motion for ext of time until 02/27/01 to file reply to govt response to 2255 petition w/att aff. |
| 569 - | 1 | 02/06/01 | [Re: DEF 1] JDR Order grant unopposed motion for ext until 2/27/01 to file reply to govt's respsone to def's 2255 petition. cc: USA, P. Weidner |
| 570 - | 1 | 02/27/01 | DEF 1 Unopposed motion for further ext of time until 3/13/01 to file reply to govt's response to § 2255 petition & government's request for dismissal. w/att aff. |
| 571 - | 1 | 02/28/01 | [Re: DEF 1] JDR Order granting un-opposed motion for ext until 3/13/01 for def to file reply to govt's respsone to § 2255 petition & oppo to govt's request for dismissal. cc: USA, P. Weidner |
| 572 - | 1 | 03/13/01 | DEF 1 motion to file preliminary reply to govt's response to §2255 petition & govt's request for dismissal on 3/16/01. |
| 572 - | 2 | 03/13/01 | DEF 1 motion to file remaining reply to govt's respsone to to §2255 petiotion & govt's request for dimissal on 3/30/01 w/att aff. |
| 573 - | 1 | 03/15/01 | [Re: DEF 1] JDR Minute Order granting/denying motion to file preliminary reply to govt's response to §2255 petition (572-1), motion to file remaining reply to govt's respsone to to §2255 petiotion (572-2); A complete reply shall be filed by 3/30/01; crt will not entertain further motions for continuance. cc: USA, P. Weidner |
| 573A- | 1 | 03/30/01 | DEF 1 reply to opposition to DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1) w/att exhibits. |
| 573A- | 2 | 03/30/01 | DEF 1 opposition to [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2) w/att exhibits. |
| 574 - | 1 | 04/02/01 | DEF 1 Request for Oral Argument re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2) |
| 575 - | 1 | 04/02/01 | DEF 1 Ntc of filing table of contents to def's reply to PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2)w/att exh. |
| 576 - | 1 | 04/04/01 | [Re: DEF 1] PLF 1 motion for clarification of briefing schedule. |
| 577 - | 1 | 04/06/01 | [Re: DEF 1] JDR Minute Order granting motion for clarification of briefing schedule (576-1); govt may file a replu NLT 4/11/01. cc: USA, P. Weidner |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                            "USA V GERALD FRANK PLUNK ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 578 - | 1 | 04/12/01 | [Re: DEF 1] PLF 1 motion to respond to one day late filed response w/att reply. |
| 578 - | 2 | 04/16/01 | [Re: DEF 1] JDR Order granting motion to respond to one day late filed response (578-1). cc: USA, P. Weidner |
| 579 - | 1 | 04/16/01 | [Re: DEF 1] PLF 1 reply to opposition to [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). |
| 580 - | 1 | 07/27/01 | DEF 1 Notice of relevant caselaw and rulings witnin the 9CCA w/att exhs. |
| 581 - | 1 | 08/10/01 | [Re: DEF 1] JDR Minute Order re parties to file supplemental memorandum as dircted by 8/28/01; response to briefing due 9/7/01. cc: USA, P. Weidner |
| 582 - | 1 | 08/24/01 | DEF 1 Unopposed motion for extension of time to file supplemental memo w/att aff. |
| 583 - | 1 | 08/27/01 | [Re: DEF 1] JDR Order granting motion Unopposed motion for extension of time to file supplemental memo (582-1); supp memo due 9/11/01; govt's response due 9/21/01. cc: USA, P. Weidner |
| 584 - | 1 | 09/04/01 | [Re: DEF 1] PLF 1 motion to accept late filed supp memo w/att supp memo. |
| 584 - | 2 | 09/05/01 | [Re: DEF 1] JDR Order granting motion to accept late filed supp memo (584-1). cc: USA, P. Weidner |
| 585 - | 1 | 09/05/01 | [Re: DEF 1] PLF 1 motion to stay proceedings pending final resolution of related case w/att exhibits. |
| 585 - | 2 | 09/05/01 | [Re: DEF 1] PLF 1 memorandum of points & authorities & response to crts order of 8/1/01 w/att exhibits. |
| 586 - | 1 | 09/10/01 | [Re: DEF 1] JDR Minute Order granting motion to stay proceedings pending final resolution of related case (585-1); Govt shall file a notice w/the crt ASAP after the issuance of the mandate; Def's brief on the impact of the Buckland case is now due 15 days from flg of said notice from govt. cc: USA, P. Weidner |
| 587 - | 1 | 09/10/01 | DEF 1 limited non-opposition to [Re: DEF 1] PLF 1 motion to stay proceeings pending final resolution of related case (585-1). |
| 588 - | 1 | 09/10/01 | DEF 1 Unopposed motion for further 45 day ext of time to file supp memo. |
| 589 - | 1 | 09/12/01 | [Re: DEF 1] JDR Minute Order terminating in light of this order: motion Unopposed motion for further 45 day ext of time to file supp memo (588-1). cc: USA, P. Weidner |
| 590 - | 1 | 09/14/01 | [Re: DEF 1] PLF 1 Notice of status of Buckland. |
| 591 - | 1 | 01/30/02 | [Re: DEF 1] JDR Minute Order re stay is vacated; parties simultaneous briefs on the impact of Buckland due 2/22/02. cc: USA, P. Wiedner |
| 592 - | 1 | 02/12/02 | [Re: DEF 1] PLF 1 Supplemental memo re: USA v Buckland. |
| 593 - | 1 | 02/15/02 | Return of subp. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                       "USA V GERALD FRANK PLUNK ET AL"

                              For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 594 - | 1 | 02/21/02 | DEF 1 Unopposed motion for one week ext to file brief on 28:2255 petition w/att aff. |
| 594 - | 2 | 02/21/02 | DEF 1 Unopposed motion for consideration on shortened time re 594-1. |
| 595 - | 1 | 02/22/02 | [Re: DEF 1] JDR Order granting motion Unopposed motion for one week ext to file brief on 28:2255 petition (594-1), motion Unopposed motion for consideration on shortened time re 594-1 (594-2). cc: USA, P. Weidner |
| 596 - | 1 | 03/01/02 | DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis. |
| 597 - | 1 | 03/01/02 | DEF 1 Supplemental memo re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis (596-1) w/att exhs. |
| 598 - | 1 | 03/04/02 | DEF 1 Request for Oral Argument re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis. (596-1) . |
| 599 - | 1 | 03/05/02 | [Re: DEF 1] PLF 1 motion to strike def's "supplemental memorandum". |
| 600 - | 1 | 03/05/02 | Initial R&R re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1). Objections due 03/27/02. Reply due 04/05/02. cc: USA, P. Weidner, Judge Sedwick |
| 600 - | 2 | 03/05/02 | Initial R&R re: [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). Objections due 03/27/02. Reply due 04/05/02. cc: USA, P. Weidner, Judge Sedwick |
| 601 - | 1 | 03/05/02 | [Re: DEF 1] JDR Minute Order that any oppo to def's mot to amend (596-1) is due 3/15/02; reply due 3/29/02; court denied motion to strike def's "supplemental memorandum" (599-1). cc: USA, P. Weidner |
| 602 - | 1 | 03/06/02 | [Re: DEF 1] PLF 1 Respsone (no-objection) to R&R re: DEF 1 motion to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). |
| 603 - | 1 | 03/07/02 | [Re: DEF 1] JDR Minute Order supplements it's R&R issued 3/5/02 (600-1, 600-2) as directed re: DEF 1 motion to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). cc: USA, P. Weidner |
| 604 - | 1 | 03/15/02 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis. (596-1). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                            "USA V GERALD FRANK PLUNK ET AL"

                                   For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 605 - | 1 | 03/27/02 | DEF 1 objection to R&R re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). |
| 606 - | 1 | 03/27/02 | DEF 1 motion to file relevant brief for crt's convenience (re object to R&R re 2255) w/att brief. |
| 607 - | 1 | 03/27/02 | DEF 1 Request for Oral Argument re objections to R&R re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2) w/att exhibits. |
| 608 - | 1 | 03/29/02 | DEF 1 reply to opposition to DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis. (596-1) |
| 609 - | 1 | 03/29/02 | DEF 1 Request for Oral Argument re: DEF 1 motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 relief/original filing under the UC consitutional rights to writ of HC/Coram Nobis (596-1). |
| 610 - | 1 | 04/05/02 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). |
| 606 - | 2 | 04/08/02 | DEF 1 brf for crt's convenience re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2). |
| 611 - | 1 | 04/08/02 | [Re: DEF 1] JDR Order granting motion to file relevant brief for crt's convenience (re objection to R&R re 2 (606-1).  cc: USA, P. Weidner |
| 612 - | 1 | 04/08/02 | [Re: DEF 1] JDR Order denying motion (conditional) to amend petition for HC relief and 28:2255 & 28:2241 (596-1).  cc: USA, P. Weidner |
| 613 - | 1 | 04/08/02 | Final R&R declines to modify initial R&R re: DEF 1 motion (petition) to vacate, set aside, or correct sentence: 28:2255 (539-1), [Re: DEF 1] PLF 1 motion (request) for recommendtions of dismissal for failure to meet or address crt's orders & rules of jurisdiction & procedural default (558-2).  cc: USA, P. Weidner, Judge Sedwick |
| 614 - | 1 | 04/09/02 | [Re: DEF 1] JDR MO amending it's order at #612 as directed. cc: USA, P. Weidner |
| 615 - | 1 | 04/18/02 | DEF 1 Appeal from Magistrate Judge's Orders and/or R&R/renewal of objections. |
| 615 - | 2 | 04/18/02 | DEF 1 briefing on appeal of magistrate's orders and/or R&Rs/renewal of objections. |
| 616 - | 1 | 04/18/02 | DEF 1 Request for Oral Argument re: DEF 1 briefing on appeal of magistrate's orders and/or R&Rs/renewal of objections (615-2). |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                              "USA V GERALD FRANK PLUNK ET AL"

                                   For all filing dates

Document #    Filed       Docket text

   617 -   1  05/03/02    DEF 1 motion for permission to file relevant 9th Circuit briefing re:
                          appeal matter w/att 9th Circuit reply brief.

   618 -   1  05/08/02    [Re: DEF 1] PLF 1 motion for extension of time until 5/14/02 to respond
                          to Plunk's "Notice of Appeal" w/att aff.

   619 -   1  05/13/02    [Re: DEF 1] JWS Minute Order denying motion for permission to file
                          relevant 9th Circuit briefing re: appeal matter (617-1); denying request
                          for oral argument (617).  cc: cnsl

   620 -   1  05/13/02    [Re: DEF 1] JWS Minute Order granting motion for extension of time until
                          5/14/02 to respond to Plunk's "Notice (618-1). cc: USA, P. Weidner

   621 -   1  05/14/02    [Re: DEF 1] PLF 1 opposition to DEF 1 briefing on appeal of magistrate's
                          orders and/or R&Rs/renewal of objections (615-2)

   621 -   2  05/14/02    [Re: DEF 1] PLF 1 motion to strike.

   622 -   1  05/16/02    DEF 1 motion for reconsideration of Judge Sedwicks Order of 5/13/02
                          w/att exhibit.

   623 -   1  05/20/02    DEF 1 reply to opposition to DEF 1 briefing on appeal of magistrate's
                          orders and/or R&Rs/renewal of objections (615-2).

   623 -   2  05/20/02    DEF 1 opposition to [Re: DEF 1] PLF 1 motion to strike (621-2).

   624 -   1  05/21/02    [Re: DEF 1] JWS Minute Order denying motion for reconsideration of Judge
                          Sedwicks Order of 5/13/02 (622-1). cc: USA, P. Weidner

   625 -   1  05/22/02    [Re: DEF 1] JWS Order denying def's motion (petition) to vacate, set
                          aside, or correct sentence: 28:2255 (539-1), def's briefing on appeal of
                          magistrate's orders and/or R&Rs/renewal of objec (615-2); granting plf's
                          motion (request) for recommendations of dismissal for failure to meet or
                          (558-2). cc: USA, P. Weidner, MJ Roberts

   626 -   1  05/28/02    DEF 1 motion for reconsideration order of 5/22/02.

   627 -   1  05/29/02    [Re: DEF 1] JWS Minute Order denying motion for reconsideration order of
                          5/22/02 (626-1). cc: USA, P. Weidner

   628 -   1  05/31/02    DEF 1 appeal to 9CCA of (625-1) filed 05/22/02. cc: USA, P. Weidner,
                          9CCA, Judge Sedwick

  NOTE -   9  06/04/02    Transmittal: Forwarded notice of appeal (628-1) to 9CCA.

  NOTE -  10  06/04/02    Transmittal: Forwarded D.C. record to 9CCA consisting of 5 volunes (vol.
                          22-26).

   629 -   1  06/04/02    [Re: DEF 1] JWS Judgment that def's application for post-conviction
                          relief (28:2255) is dismissed. cc: USA, P. Weidner, MJ Roberts, USM, PO

   630 -   1  06/04/02    [Re: DEF 1] Order by USDC denying application of certificate of
                          appealability re: (628-1) cc: USA, P. Weidner, Judge Sedwick, 9CCA

   631 -   1  06/06/02    DEF 1 Transcript Designation/Order Form re: notice of appeal (628-1).
                          cc:ecr
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A94-0036--CR (JWS)
                          "USA V GERALD FRANK PLUNK ET AL"

                                  For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 632 - | 1 | 06/06/02 | DEF 1 Notice of intention to seek certificate of appealability from 9CCA w/att exh. |
| 632 - | 2 | 06/06/02 | DEF 1 motion for extension of time in which to seek appealability from 9CCA w/att exh. |
| 633 - | 1 | 06/07/02 | [Re: DEF 1] cy 9CCA Certificate of Record. (628-1) cc: cnsl, Judge Sedwick, 9CCA (original) |
| 634 - | 1 | 06/07/02 | [Re: DEF 1] JWS Order granting motion for extension of time in which to seek appealability from 9CCA (632-2). Petitioner shall have 30 days to request COA; clk cy 9CCA with this order. cc:USA, P. Weidner, Judge Sedwick, 9CCA |
| 634 - | 2 | 06/07/02 | Notation (re: Appeal): forwarded cy of JWS Order re: COA to 9CCA |
| NOTE - | 11 | 06/11/02 | Notation (re: Appeal): received receipt that 9CCA received vols 22-26. |
| 635 - | 1 | 06/27/02 | DEF 1 Second Transcript Designation/Order Form re: notice of appeal (628-1) designate complete trial transcript. The transcript has been transcribed and is in crt record w/att exhs. cc:ecr |
| 636 - | 1 | 07/16/02 | [Re: DEF 1] Copy of Order from 9CCA (628-1) that appellant's oral motion for ext of time to file mtn for cert of appealability GRANTED; motion due 7/16/02. cc: cnsl, Judge Sedwick |
| NOTE - | 12 | 12/03/02 | Notation (re: Appeal): Rec'd record from 9CCA consisting of vols 22 through 26. |
| 637 - | 1 | 12/10/02 | [Re: DEF 1] 9CCA Judgment/Final Order re: notice of appeal (628-1) that the request for certificate of appealability is DENIED. cc: USA, P. Weidner, Judge Sedwick |