Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff/Respondent,  )<br>  )<br>  v.  )<br>  )<br>GERALD FRANK PLUNK,  )<br>  )<br>      Defendant/Petitioner.  )<br>  ) | Case No. A94-0036 CR (JWS) |

**[PROPOSED]
O R D E R
GRANTING MOTION TO CORRECT JUDGMENT(S)**

Defendant/petitioner Gerald Frank Plunk's *Motion To Correct Judgment(s)/ Alternative Motion and Notice To Assert and Preserve All of Petitioner's Habeas Corpus and 28 U.S.C. § 2255 Rights and Memorandum In Support Thereof*, filed on January 12, 2006, is hereby GRANTED, and the Court sets a resentencing for _____ to be conducted in accord with the Fifth and Sixth Amendments.

    **SO ORDERED this _____ day of _____, 2006.**


                                                        **The Honorable John Sedwick
Judge of the U.S. District Court**

CERTIFICATE OF SERVICE
I hereby certify that on  January 12, 2006 a copy of the foregoing Proposed Order was served electronically on Karen Loeffler;
And by regular US Mail on Scott A. Sterling, Sterling and Dearmond, 851 Westpoint Drive, Suite 201, Wasilla, Alaska  99654.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571