DEBORAH M. SMITH
United States Attorney

KAREN L.LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:94-cr-00036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | REQUEST FOR |
| | ) | CLARIFICATION REGARDING |
| GERALD FRANK PLUNK, | ) | DEFENDANT'S MOTION TO |
| | ) | CORRECT JUDGMENT(S) |
| Defendant. | ) | |
| | ) | |

COMES NOW, the United States of America, by and through undersigned

counsel and requests this court for clarification as to whether the court wishes a

response from the government as to the motion filed by defendant on January 12,

2006.  This request for clarification comes because the government has interpreted

defendant's latest motion under the procedural rules government petitions under

§2255, as defendant cites that statute, as well as other rules and provisions, as his basis for relief.   Therefore, government counsel set aside the motion awaiting further court order.

Because the government is frankly unclear as to the rules governing responses to post appeal motions for relief that defendant labels under various rubrics other than §2255, the government seeks clarification as to whether counsel has erred and should have filed a response or whether the court has the matter under advisement without response.  If the former, the government apologizes for the confusion and would simply request a period of 10 -15 days to file a response.

RESPECTFULLY SUBMITTED this day, April 18, 2006, in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on April 18, 2006, a copy of the foregoing,
was served, electronically, on: **Phillip Weidner**

s/ Karen Loeffler

U.S. v. PLUNK
3:94-cr-00036-JWS