IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:94-cr-00036-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER CLARIFYING |
| | ) | DEFENDANT'S MOTION TO |
| GERALD FRANK PLUNK, | ) | CORRECT JUDGMENT(S) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Request for Clarification Regarding Defendant's Motion to Correct Judgment(s) for the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED/DENIED.**

IT IS SO ORDERED.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT JUDGE