# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

*United States of America v. Plunk*

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:94-cr-00036 JWS

PROCEEDINGS:      **ORDER FROM CHAMBERS**          April 19, 2006

At docket 638, Gerald Frank Plunk has filed a motion challenging his criminal conviction on the basis of the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005). Plunk's conviction became final before *Booker* was published, *Booker* is not retroactive and so that decision does not provide a basis for relief. *United States v. Cruz*, 423 F.3d 1119,1120-21 (9th Cir. 2005). Consequently, the motion at docket 638 is **DENIED**.

The United States's request for clarification filed at docket 639 is **DENIED** as moot.

_____