Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
907-276-1200

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff/Respondent, )<br>)<br>  v. )<br>)<br>GERALD FRANK PLUNK, )<br>)<br>  Defendant/Petitioner. )<br>_____ ) | Case No. A94-0036 CR (JWS) |

**[PROPOSED]
O R D E R
GRANTING RECONSIDERATION OF ORDER DENYING MOTION TO CORRECT JUDGMENT(S)**

Pursuant to motion, and for good cause shown, reconsideration of matters determined in the Order from Chambers dated April 19, 2006, is GRANTED.

That order is hereby VACATED.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable John Sedwick
Judge of the U.S. District Court

CERTIFICATE OF SERVICE
I hereby certify that on April 26, 2006 a copy of the foregoing Motion for Reconsideration was served electronically on was served electronically on Karen Loeffler at karen.loeffler@usdoj.gov.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571

1