# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*United States of America v. Plunk*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 3:94-cr-00036 JWS

PROCEEDINGS:       **ORDER FROM CHAMBERS**                    May 3, 2006

    In an order at docket 640, this court denied defendant Plunk's motion to alter the judgment against him.  At docket 641, defendant moves for reconsideration.  The motion must be **denied**.  Regardless of the views of counsel for Mr. Plunk, this court is constrained to follow the law as it has been interpreted by superior courts.  Of particular relevance here, this court is bound to follow the Ninth Circuit's decision in *United States v. Cruz*, 423 F.3d 1119, 1120-21 (9th Cir. 2005), which holds that the Supreme Court's decision in the celebrated *Booker* case is not retroactive.  It is not for this court to ignore the law as it has been interpreted by the appellate courts.  Law contrary to existing precedent cannot be made in a trial court.

    This court will not entertain any further motion for reconsideration.  Review may be sought in an appellate court.

_____