RECEIVED
MAY 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Phillip Paul Weidner & Associates, Inc.
330 "L" Street, Suite 200
Anchorage, Alaska 99501
(907) 276-1200

Attorneys for Defendant/Appellant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A94-0036 CR (JWS) |
| ) | |
| GERALD FRANK PLUNK ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the defendant, Gerald Frank Plunk, by and through counsel, Phillip Paul Weidner & Associates, a Professional Corporation, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order from Chambers entered April 19, 2006, [Docket No. 640] Exhibit A herewith, by the Honorable John W. Sedwick, United States District Court Judge, in the United States District Court for the District of Alaska.

This Notice of Appeal is timely pursuant to the provisions of Federal Rules of Appellate Procedure 3 and 4.

RESPECTFULLY SUBMITTED this 3d day of May, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Gerald Frank Plunk

*[signature] for Phillip P. Weidner*
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200

Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail:jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on May 3, 2006 a copy of the foregoing Notice of Appeal was served by U.S. Mail on Karen Loeffler at:

Office of the U.S. Attorney
Criminal Division
222 W. 7th Ave. Ste #9
Anchorage, AK 99513-7567

*[signature]*