Plunk
RECEIVED
MAY 0 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED
APR 19 2006
WEIDNER & ASSOCIATES

COPY SENT TO CLIENT 4-21-6

**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*United States of America v. Plunk*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:94-cr-00036-JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**        April 19, 2006

At docket 638, Gerald Frank Plunk has filed a motion challenging his criminal conviction on the basis of the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005). Plunk's conviction became final before *Booker* was published, *Booker* is not retroactive and so that decision does not provide a basis for relief. *United States v. Cruz*, 423 F.3d 1119, 1120-21 (9th Cir. 2005). Consequently, the motion at docket 638 is **DENIED**.

The United States's request for clarification filed at docket 639 is **DENIED** as moot.

Exhibit A