## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA
### TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # _____    U.S. District Court # __A94-0036 CR (JWS)__

Short Case Title __United States v. Gerald Frank Plunk__

Date Notice of Appeal Filed by Clerk of District Court __5/3/2006__

SECTION A - (to be completed by party ordering transcript)

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| 7/25/1996 | | OPENING STATEMENTS |
| 7/26/1996-8/11/1996 | | jury trial |
| 8/12/1996 | | CLOSING ARGUMENTS |
| 8/13/1996-8/14/1996 | | JURY INSTRUCTIONS |
| 8/15/1996 | | verdict |
| 3/25/1994, 3/29/1994, 3/30/1994 | Detention Hearings | OTHER (Please Specify) |
| 11/15/1996, 11/18/1996 | | Sentencing Hearing |

(Attach Additional Page For Designations If Necessary)

( ) As retained counsel, I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. __I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)__.

(XX) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcript(s) have previously been produced and are already on file with the court. (Transcript produced in connection with appeal no. 96-30349 (USCA 9thCir).

( ) I do not intend to designate any portion of the transcript(s) and will notify counsel of this intention.

( ) As appointed counsel, I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript(s) at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _____    Estimated date for completion _____

Signature of Attorney _[signature]_    Phone Number __(907) 276-1200__

Address __330 L Street, Suite 200 Anchorage, Alaska 99501__

SECTION B - (to be completed by court reporter)

I, _____, have received this designation.
(signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

    Approximate number of pages _____    Due Date _____

SECTION C - (to be completed by court reporter)

Date Transcript Filed _____    Court Reporter's Signature _____
(Trscpt.des rev. 01/01)