**RECEIVED** **FILED**

UNITED STATES COURT OF APPEALS

NOV 27 2006      NOV 20 2006

FOR THE NINTH CIRCUIT

CLERK, U.S. DISTRICT COURT    CATHY A. CATTERSON, CLERK
ANCHORAGE, ALASKA              U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GERALD FRANK PLUNK,<br><br>Defendant - Appellant. | No. 06-30291<br><br>D.C. No. CR-94-00036-JWS<br>District of Alaska<br>(Anchorage) |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GERALD FRANK PLUNK,<br><br>Defendant - Appellant. | No. 06-35994<br><br>D.C. Nos. CA-COA-Postjgmt<br>CR-94-00036-JWS<br>District of Alaska<br>(Anchorage)<br><br>ORDER |

Appeal No. 06-30291 has been closed out as opened in error. This appeal has been reassigned to new docket No. 06-35994, the clerk shall transfer all materials to the new number.

The parties are directed to caption all further filings under appeal No. 06-35994.

FOR THE COURT:

CATHY A. CATTERSON
Clerk of Court

By: *[signature]*
Estela R. Urrutia
Deputy Clerk