**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 15 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35994 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-94-00036-JWS |
| v. | District of Alaska, Anchorage |
| GERALD FRANK PLUNK, | ORDER |
| Defendant - Appellant. | |

RECEIVED
DEC 21 2006
CLERK, U.S. ...
ANCHORAGE, ALASKA

Before: McKEOWN and FISHER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

All other pending motions are denied as moot.

The Clerk shall close this case.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 15 2006

by
Deputy Clerk