# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

*United States v. Gerald Frank Plunk, et al.*
Case No. 3:94-cr-00036-TMB

By:    THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

On September 4, 2019, Defendant Gerald Frank Plunk filed "Defendant's Pro Se Motion for Reduction of Sentence and Release from Prison Under 18 U.S.C. § 3582(c)(1)(A)(i)" (the "Motion for Release").[1] Defendant signed the Motion for Release under "Pro Se Representation" and reaffirmed his alleged *pro se* status in the attached Certification of Service.[2] Defendant concurrently lodged seventeen exhibits in support of the Motion for Release.[3] On September 6, 2019, defense counsel Phillip Paul Weidner ("Attorney Weidner") filed "Counsel's Notice of Joinder to Motion to Reduce Sentence (Dkt 703)" ("Notice of Joinder"), in which Attorney Weidner notifies the Court that he represents Defendant and joins in Defendant's Motion for Release.[4]

On September 13, 2019, the United States filed a Motion for Stay ("Motion for Stay") seeking to stay the Motion for Release for 90 days or until completion of the Bureau of Prison's administrative review of Defendant's request for compassionate release.[5] The United States also filed under seal a Motion to Accept Exhibit Under Seal ("Government's Motion to Seal") seeking permission to file Defendant's Presentence Investigation Report as a sealed exhibit in support of the Motion for Stay.[6]

On October 1, 2019, Defendant, again declaring himself a *pro se* defendant, filed an Opposition to Government's Motion for Stay ("Opposition").[7] Subsequently, on October 11, 2019, Defendant, by and through counsel, Attorney Weidner, filed a Motion to Seal Exhibit 17 to the Motion for Release ("Defendant's Motion to Seal").[8] Defendant's Exhibit 17 is a collection of character witness letters written in support of Defendant's release.[9] Defendant requests that Exhibit 17 be

---

[1] Dkt. 703 (Motion for Release).
[2] *Id.* at 9, 11.
[3] Dkts. 703-1–703-17 (Exhibits).
[4] Dkt. 704 (Notice of Joinder).
[5] Dkt. 705 (Motion for Stay).
[6] Dkts. 706 (Motion to Seal) and 706-1 (Presentence Investigation Report).
[7] Dkt. 708 (Opposition).
[8] Dkt. 709 (Motion to Seal).
[9] Dkt. 703-17.

1

sealed because it "relates in part to sensitive matters/information that should not be public."[10] Both the Government's Motion to Seal and Defendant's Motion to Seal are unopposed.

District of Alaska Local Rule 11.1(a)(3) states that "[a] party who has appeared by counsel may not thereafter act on the party's own behalf in the action unless an order of withdrawal of counsel has been entered by the court."[11] Here, the record shows Defendant acting on his own behalf despite ongoing representation by Attorney Weidner, in violation of the Local Rules. Defendant is not permitted to file on his own behalf as long as he is represented by counsel. Therefore, the Court cannot accept Defendant's *pro se* filings at dockets 703 and 708.

Because Defendant's Motion for Release was not filed pursuant to Local Rules, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Release at docket 703 is **DENIED WITHOUT PREJUDICE**;

2. The United States' Motion for Stay at docket 705 and the Parties' Motions to Seal at dockets 706 and 709 are **DENIED AS MOOT**;

3. The Court *sua sponte* directs the Clerk of Court to:

    a. **STRIKE** Counsel's Notice of Joinder at docket 704; and

    b. **SEAL** the Parties' Exhibits at 703-17 and 706-1.

Both Defendant and Attorney Weidner are **ORDERED** to follow the Local Rules with respect to future filings. If the status of Defendant's representation changes, Attorney Weidner shall inform the Court by filing a motion for leave to withdraw pursuant to Local Rule 11-1(c). The Clerk of Court is directed to refuse documents filed by Defendant on his own behalf unless preceded by an order of withdrawal of counsel entered by the Court; any further *pro se* filings will be forwarded to Attorney Weidner without entry into the Court's Docket.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: October 24, 2019.

---

[10] Dkt. 709 at 1.
[11] D. Ak. L.R. 11.1(a)(3). *See also* D. Ak. L.Cr.R. 44.1(b)(1) (incorporating the Local Civil Rule 11.1 into the Local Criminal Rules).